UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

CONNIE McGINNESS            :        CIVIL ACTION
                            :
   v.                       :
                            :        No. 13-7087
NAZARETH BOROUGH, et al.    :
_____

**O R D E R**

AND NOW, this 1st day of April, 2015, for the reasons more fully set forth in the memorandum accompanying this order:

1. The "Motion to Dismiss, in Part, Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. Pe. 12(b)(6) Filed on Behalf of Defendants Nazareth Borough, Thomas Trachta, and Scott Ledo" (doc. no. 24) is denied, without prejudice, to renew on summary judgment.

2. The "Motion to Dismiss, in Part, Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) Filed on Behalf of Defendant Dan Troxell" (doc. no. 31) is granted and all claims against defendant Troxell are dismissed, with prejudice.

BY THE COURT:

/s/ Joseph F. Leeson, Jr._____
JOSEPH F. LEESON, JR., J.